UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Petitioner,<br><br>v.<br><br>KATRINA DEUTSCH BOWSER, an individual, d/b/a VMERICA TRADING,<br><br>Respondent. | No. 2:19-cv-01268-MJP<br><br>ORDER GRANTING PETITION TO CONFIRM ARBITRATION AWARD |

This matter comes before the Court on Petitioner Amazon.com, Inc. ("Amazon")'s Petition to Confirm Arbitration Award ("Petition"). The Court has carefully considered the Petition and supporting declaration and exhibits, any opposition thereto, and any other relevant pleadings and papers.

**IT IS HEREBY ORDERED:**

1. The Court finds that arbitration award ("Award"), attached as Exhibit B to the Declaration of Robert Miller (Dkt. #2), was properly issued by the duly-appointed arbitrator, Ramina Dehkhoda-Steele, on June 14, 2019, in an arbitration proceeding before the American Arbitration Association, Case No. 01-18-0004-1017. The Award has not been modified, corrected, or vacated since entry.

2. The Court further finds that Respondent Katrina Deutsch Bowser d/b/a Vmerica Trading ("Respondent") was served with the statutorily required notice of the Petition in

ORDER CONFIRMING ARBITRATION AWARD - 1
(2:19-cv-01268-MJP)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax

accordance with 9 U.S.C. § 9 and Federal Rule of Civil Procedure 4. *See Amazon.com, Inc. v. Arobo Trade, Inc.*, No. C17-0804JLR, 2017 WL 3424976, at *4 (W.D. Wash. Aug. 9, 2017).

3. Based on the foregoing, the Court confirms the Award in its entirety.

4. The Clerk of the Court is directed to **ENTER JUDGMENT** as follows:

    a. Judgment in favor of Amazon against Respondent, in the amount of $27,001.08.

5. The Court retains jurisdiction for the purposes of post-judgment discovery and supplemental proceedings in aid of judgment or execution pursuant to Federal Rule of Civil Procedure 69(a).

**SO ORDERED** this 6th day of November, 2019.

_____
Marsha J. Pechman
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Petitioner Amazon.com, Inc.*

*s/ Robert Miller*
John A. Goldmark, WSBA #40980
Robert Miller, WSBA #
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: johngoldmark@dwt.com
Email: robertmiller@dwt.com

ORDER CONFIRMING ARBITRATION AWARD - 2
(2:19-cv-01268-MJP)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
206.622.3150 main · 206.757.7700 fax